From a final order in favor of plaintiff, defendant appeals. Reversed. Albert L. Phillips, for appellant. Platzek & Stroock, for respondent.

MacLEAN, J. By his answer to the petition herein to recover the possession of real property, the defendant put in issue the term of his tenancy; and, although that issue was the only one raised and contested, it appears from the final order itself that the result was arrived at from incidents dehors both the pleadings and the proofs. Therefore the order must be reversed. Order reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

EDGAR, Respondent, v. CLASON et al., Appellants. (City Court of New York, General Term. March 2, 1900.) Action by Ellis F. Edgar against Augustus Clason, impleaded with others. From a judgment for plaintiff, defendants appeal. Affirmed. Kellog, Rose & Smith, for appellants. Charles S. Bloomfield, for respondent.

PER CURIAM. Judgment appealed from affirmed, with costs.

EDMONDS, Appellant, v. CRIPPS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by William E. Edmonds, as executor, etc., against Christopher Cripps and others. No opinion. Decree of surrogate's court affirmed, with costs against the appellant personally.

EDMONDS, Respondent, v. FAIRCHILD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Sarah A. Edmonds against Cyrena E. Fairchild and others, impleaded, etc. No opinion. Interlocutory judgment affirmed, with costs.

ELIAS v. SCHMITT. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by Katherina Elias against William Schmitt. No opinion. Motion granted, with $10 costs.

ELLIOUTT, Respondent, v. TEIPER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by William A. Ellioutt against Casper Teiper and another. No opinion. Judgment and order affirmed, with costs. *Held*, that the evidence in this case presented a question of fact for the jury.

ELLIOUTT, Respondent, v. TEIPER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) Action by William A. Elliout against Casper Teiper and Henry J. Teiper. No opinion. Motion for reargument denied, with $10 costs.

ELYEA, Appellant, v. LEHIGH SALT-MIN. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Alice A. Elyea, in behalf of herself, etc., against the Lehigh Salt-Mining Company and others. No opinion. Motion for leave to appeal to the court of appeals granted. See 60 N. Y. Supp. 1050.

EPSTEIN, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by Morris Epstein against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the municipal court reversed on consent, and new trial ordered; costs to abide the event.

EVANS et al., Appellants, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Isaac J. Evans and others against the state of New York. No opinion. Judgment affirmed, with costs.

In re EXAMINING BOARD FOR ERIE COUNTY. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) In the matter of the appointment of an examining board to examine into the operation of an act creating a commission of jurors for each county of the state having a certain population, etc.

PER CURIAM. Pursuant to section 9 of chapter 369 of the Laws of 1895, entitled "An act creating a commissioner of jurors for each county of the state having a certain population," etc., it is ordered that Charles L. Feldman, Henry W. Hill, and John Cunneen, attorneys and counselors at law, practicing their profession in the county of Erie, are hereby appointed an examining board for the purpose of examining into the operation of said act in said county of Erie.

FALK, Appellant, v. R. R. APPLETON CO., Respondent. (City Court of New York, General Term. March 2, 1900.) Action by Benno Falk against the R. R. Appleton Company. From a judgment dismissing complaint, with costs, plaintiff appeals. Reversed. Wayland E. Benjamin, for appellant. Chittenden & Fiero, for respondent.

PER CURIAM. The proof offered of the written assignment was competent, but, even without that proof, there was sufficient evidence in the case of the assignment, without regard to the written instrument, and it was for the alleged failure of this proof that the complaint was dismissed. This was error, which requires that the judgment be reversed. Judgment reversed, and new trial ordered, with costs to appellant to abide event.

FIEBIGER et al., Appellants, v. SOCIALISTIC CO-OP. PUB. ASS'N, Respondent. (Supreme court, Appellate Division, First Department. February 9, 1900.) Action by Peter Fiebiger and others against the Socialistic Co-operative Publishing Association. B. Patterson, for appellants. S. Sultan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FINK, Respondent, v. MENKE, Appellant. (Supreme Court, Appellate Term. February 8, 1900.) Action by John Fink against Simon Menke. From a judgment for plaintiff, defendant appeals. Reargument ordered. Benedict &